UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1951 |
| | ) | Interference with Commerce by |
| CARLOS MIDDLETON | ) | Robbery |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Crime of Violence |

**THE GRAND JURY CHARGES THAT:**

CR422-0027

<u>COUNT ONE</u>
*Interference with Commerce by Robbery*
18 U.S.C. § 1951

At all times material to this indictment, GameStop, located at 1900 East Victory Drive in Savannah, Georgia, was a business that sells items such as video games, game consoles, controllers, and related video game products and other items commonly sold at video game businesses; and was a business that affected interstate commerce.

On or about January 20, 2022, in Chatham County, within the Southern District of Georgia,

**CARLOS MIDDLETON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendant did unlawfully take and attempt to take property from GameStop

employees with the initials D.N. and J.M., against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, and to property in the employee's custody and possession, that is, he did enter the business, brandish and use a firearm, threaten at least one employee, and take and attempt to take property belonging to the employees and the business.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about January 20, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

## CARLOS MIDDLETON,

did knowingly possess and brandish a firearm, to wit, a Canik 9-millimeter pistol, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

A True Bill.

/s/

_____  _____
David H. Estes                Chris Howard
United States Attorney        Assistant United States Attorney
                              *Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division